**Order entered November 13, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00489-CR

**MARTIN ARMIJO, JR, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F16-76053-T**

## ORDER

Before the Court is appellant's November 9, 2018 second motion for extension of time to file his brief. We **GRANT** appellant's motion and **ORDER** appellant's brief filed on or before **November 21, 2018**. If appellant's brief is not filed by November 21, 2018, this appeal may be abated for the trial court to make findings in accordance with rule of appellate procedure 38.8.

/s/     CRAIG STODDART
JUSTICE